IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>CHRISTOPHER ESPINOZA,<br><br>                Defendant. | 4:12CR3084<br><br>**ORDER** |

IT IS ORDERD:

1) That Mr. Espinoza shall be released from the Saline County Jail, tomorrow, Friday, June 5th, 2020 at approximately 10 AM.

2) This matter is continued until August 3rd, 2020 at 12 PM noon for Violation of Supervised Release Sentencing.

3) Mr. Espinoza shall follow the conditions of supervised release set forth in filing no. 99 and counsel for Mr. Espinoza shall discuss those in detail with the defendant. Mr. Espinoza shall be confined to the home of his parents at 3264 Hitchcock Street in Lincoln, NE 68503 and shall not leave that address except to attend to legal matters, drug treatment, and sex offender treatment.

Dated this 4th day of June, 2020.

BY THE COURT:

*Richard G Kopf*
Richard G. Kopf
Senior United States District Judge