IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>CHRISTOPHER ESPINOZA,<br><br>    Defendant. | 4:12CR3084<br><br>**ORDER** |

After careful consideration of all supporting documents,

IT IS ORDERED that the defendant's Motion to Terminate Supervised Release, filing no. [141] is denied.

Dated this 29th day of July, 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge